```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ELAINE DIGREGORIO,

                      Plaintiff,

        -against-                                         RULE 7.1 STATEMENT

WHIRLPOOL CORPORATION

                      Defendant.

------------------------------------------------------X
```

**07 CV 6566**

**JUDGE BRIEANT**

Case No.:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Whirlpool Corporation ("Whirlpool"), certifies that Whirlpool does not have a parent company, nor is there any publicly held corporation that owns 10% more of its stock.

Dated: New York, New York
       July 19, 2007

LEADER & BERKON LLP

By: _____
S. ALYSSA YOUNG (SY 6105)
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
(212) 486-3099 (Fax)
*Attorneys for Defendant
Whirlpool Corporation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FILED
U.S. DISTRICT COURT
S.D. OF N.Y.
2007 JUL 20 PM 4:07

00131Rule7.1_ay