UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ELAINE DIGREGORIO,

        Plaintiff,

v.

WHIRLPOOL CORPORATION,

        Defendant.

- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --X

Case No. 07 CV 6566 (CLB)

**RULE 7.1 DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Court Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Elaine DiGregorio and Hanover Insurance Company certifies that this is a subrogation matter in which the real party in interest is Hanover Insurance Company whose corporate parents, affiliates and/or subsidiaries, which are publicly held as of July 24, 2007, are Almerica Financial, Hanover Insurance Group and Citizens Insurance. Elaine DiGregorio is a person.

Date: August 16, 2007

                                                 Respectfully submitted,

                                                 By: s/ Rafael Vergara_____
                                                    Rafael Vergara (RV-4098)
                                                    White and Williams LLP
                                                    One Penn Plaza, Suite 1801
                                                    New York, NY 10119
                                                    Phone: (212) 244-9500
                                                    Fax: (212) 631-4436
                                                    *Attorneys for plaintiff Elaine DiGregorio*

NYCDMS 24693v.1