

COPY
288-07

## AFFIDAVIT OF SERVICE

### ELAINE DIGREGORIO VS. WHIRLPOOL CORP

I, WILLIAM DROTOZ, HEREBY SWORN ON OATH STATE THAT I AM OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THIS MATTER AND THAT ON

**JUNE 28, 2007** AT **2:13 PM**, I PERSONALLY SERVED THIS SUMMONS AND COMPLAINT UPON :

**WHIRLPOOL CORP**          AT:   211  HILLTOP ROAD
                                           *LEGAL DEPT.
                                              ST. JOSEPH   MI  49085

FURTHER THE AFFIANT SAYETH NAUGHT.

_____          DATE: 8-14-07
WILLIAM DROTOZ
CERTIFIED PROCESS SERVER

SIGNED AND SWORN TO BEFORE ME THIS 14th DAY OF August, 2007.

_____
NOTARY PUBLIC

COMMISSION EXPIRES: 12-23-2010

DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED
2007 AUG 22 PM 1:19