UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



------------------------------------X
ELAINE DIGREGORIO          : Case No. 07 CV 6566 (CLB)
                           :
            Plaintiff,     : **ORDER FOR ADMISSION**
                           : **PRO HAC VICE**
    v.                     : **ON WRITTEN MOTION**
                           :
WHIRLPOOL CORPORATION      :
                           :
            Defendant.     :
------------------------------------X

Upon the motion of Rafael Vergara, attorney for plaintiff Elaine DiGregorio, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | J. Michael Kvetan |
| Firm Name: | White and Williams LLP |
| Address: | 1800 One Liberty Place |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215-864-7114 |
| Fax Number: | 215-789-7619 |

is admitted to practice *pro hac vice* as counsel for plaintiff Elaine DiGregorio in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 29, 2007
~~New York, NY~~ White Plains, N.Y.

_____
United States District Judge

NYCDMS 24697v.1