Bricant, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELAINE DIGREGORIO,

                Plaintiff,

   -against-

WHIRLPOOL CORPORATION

                Defendant.
-----------------------------------------------------------X

07 cv. 6566 (CLB)(LMS)

**STIPULATION OF** & ORDER
**DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the above-captioned lawsuit and all claims asserted therein against Whirlpool Corporation are dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, *with prejudice* and without costs to any party as against the other.

Dated: New York, New York
       December 31, 2007

WHITE AND WILLIAMS LLP

By: _____
J. MICHAEL KVETAN
1800 One Liberty Place
Philadelphia, PA 19103
(215) 864-6324

*Attorneys for Plaintiff*

LEADER & BERKON LLP

By: _____
S. ALYSSA YOUNG (SY 6105)
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
(212) 486-3099 (fax)

*Attorneys for Defendant*
*Whirlpool Corporation*

SO ORDERED:

_____
Charles L Brieant
U.S.D.J.

dated January 10, 2008

PHLDMS1 3820512v.1